-1-

4:15CV3063

United States District Court For Nebraska Lancaster County

Matthew Hunter #80786, *
Adam Koehler #82114, *      42 USCA 1983
Shadoe Sukstorf #82110, *   Civil Rights Complaint
Robert Gumpert #81326, *    Class Action.
Steve Ebert #82067, *
Orlando Brewer #82091 *
John Bridgeford #82289, plaintiffs. *
                            *
V.                          *
                            *
Nebraska Department Of      *
Corrections, Fred Britton,  *
Scot Frakes.                *
                            *
        Defendents.         *

RECEIVED
JUN 04 2015
CLERK
U.S. DISTRICT COURT
LINCOLN

Plaintiff representing class action Shadoe Sukstorf. #82110.

Basis of Complaint.

This is a civil rights class action lawsuit challenging the overcrowding conditions at the Diagnostic and Evaluation Center "DEC" here after, in Lincoln Nebraska pursuant to 42 USCA 1983. Defendents herein are responsible for the plaintiffs welfare while being incarcerated at the DEC "Safty and sanitation" Plaintiffs are alleging that the defendents and the administration has purposly began overcrowding the DEC through excessive holding of inmates in a dire condition leading up to a costly and dangerous situation for both inmates and correctional officials. as fare back as

inmate/plaintiff Andre Parc - 4:15-cv-3055 has suffered a serious and fatel effection STAPHOCC PNUEMONIA wich he cought "air born descase" sleeping on the cell complex floor by the unit "trash cons" in wich he had to be revived by medical staff "whom was not desingated to purform such percedure. Inmate George Kitt suffers from a serious mentaly illness, where he gets violent from schitzoidfrantic. has been placed on unit 4 where plaintiff and inmates alike dewells because there is no room or enough staff to observe him in the medical unit. Inmate George Kitt was housed on unit 4 for sometime. On May 24, 2015 he was removed from the unit after correctional officers over heard him talking to himself about killing himself and other inmates On May 26, 27, 2015 he was placed back on the unit 4. Were May 29, 2015 he was once again removed from the unit after he had made a shank in his cell and plotted an attack on inmate Myers, whom dont know George Kitt. Inmate Anthony Hancock #82211 is dognosed with a serious mental illness schitzoidfrantic and has been housed on unit 4 since 5-14-15 and has been denied mental medical services due to the instrtution only having one doctor whom comes once per week for 4 hrs. and there is just to many inmates. The inmates outnumber the correctional offices 8 to 1,

## Statement of Claims

Plaintiffs are currently being housed on unit 4 at DEC Plaintiff Matthew Hunter #80786 has been housed at the DEC since _____ and upon intake he was subjected to sleeping on the unit floor for several weeks before he was offerd a cell. During that time, he was subjected to live in a overcrowded complex that was designed to hold 32 inmates with a 22 to 25 inmate overflow. the cell block floors at time become insect infested and ~~rodents~~ rodents. The plaintiff had to store his clean and dirty cloths eather ontop of the unit lockers or on the floor in a pile of other inmates cloths. that bocked the fire exit doors. Defendents Fred Britton and Scot Fraks. were aware that the plaintiffs sleeping order was unsafe and unsanitary. Defendents situated Plaintiffs Matthew Hunter #80786, Adam Koehler #82114. Shadoe Sukstorf #82110 Robert Gumpert #81326, Orlando Brewer, John Bridgeford ~~#82064~~ #82289 in a situation where they ate all 3 meals 10 feet from the toilet facilities and 5 feet from the unit trash cans, knownly that drain flys infested both of them. Both defendents are aware that in the event of emergency evacuations all inmates would have an extrean dificultly escaping the immediate eree. becouse of the 22 to 25 inmates sleeping all over the floor. Right now the unit 4 is established to only housed 32 inmates, thats with modified adjistments made since 1993. DEC was constructed to house only ~~$~~ 75 inmates, in 1993 it doubled it's cells from 1 man cells to 2 men cells upping the population from 175 to 350 inmates

and to date now over 530 inmates. Defendants Fred Britton as the warden at DEC and has willfully created the overcrowding since that time. The plaintiffs also are subject to using 2 facilities on the unit and has experienced nights of these facilities breakdown. The plaintiffs are made to endure a noise level and space infractions violating already established law by the constitutions 8th Amendment.

Plaintiffs are currently housed at
Diagnostic and Evaluation Center
P.O. Box 22800
Lincoln Nebraska 68542

Defendant:

Fred Britton is the Warden at DEC and is responsible for the fire code and safety and sanitation of all inmates at DEC

Scot Frakes is the department of corrections penal system overseer. Both Defendants are being sued in their official and individual capacity

Venue

Venue in this case is proper as the events happened in Lancaster County Nebraska - and all Defendants acted under color of Law.

All Plaintiffs signature

1.# Matthew Hunter #80786
2.# Adam Koehler #82114

3.# Shadoe Swhstaf #82110
4.# Robert Gumpert #81326
5.# Orlando Brewer #82091
6.# John Bridgeford #82289

Damages & Relief.

The plaintiff herein is requesting this court grants the same relief as similar situated cases No. 4:15-cv-3054 and similar situated case 4:15-cv-3055

-A-

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2015 MAY 26 PM 2:15

In The United States District Court For

Brian Obst #82080, Mathew *
Miller #82200, Gory Mattly #82182 *
Ernest Lawrence #73549, *   Case No. 4:15CV3054
Scott Kornahrens #82088, *   Civil Rights Complaint
Thad Junge #74205, Kenneth *   Class Action.
Hall #82245, Josh Lawrence #82242 *
Walter Minchoff #82162, Justin *
James Seffron #82230, Chris *
McWilliams #78331, DeAnthony *
McGuire #82009. *
      Plaintiffs *
v. *
Nebraska Department of Corrections *
Fred Britton, Scot Frakes. *
      Defendants. *

Plaintiff Representing Class Action. Brian Obst #82080.

    Basis of Complaint

This is a civil rights class action lawsuit challenging the overcrowding conditions at the Diagnostic And Evaluation Center, DEC hereinafter in Lincoln Nebraska. Defendants are responsible to the inmates and plaintiffs alike to control a safe and sanitary prison 'DEC' Plaintiffs are alleging the defendants has purposly begain overcrowding the DEC through excessive holding of inmates in a dire conditions leading up to a costly dangerous situation for both inmates and correctional staff since 2013. STATEMENT OF CLAIM. Plaintiffs are currently housed on unit 4 at DEC wich is 85 plus inmates over compacity wich was designed to hold 34

In 2015 the defendants become.

aware that the 'DEC' all cell houses held over 25 inmates per unit sleeping on the cell block floor. The defendants are very well aware that they are violating space per inmate guidlines by state and federal law. The Defendants are aware that at night correctional staff do not evacuate the units in case of an fire or tornado. Inmates litually covers the complete unit floors. perventing in cell inmates 34 compacity can not at all escape to shelter in the event of an emergency or disaster. fire drills and tornado drills are not at all conducted at DEC specially at night. The plaintiffs and simular situated inmates are forced to eat breakfast lunch and dinner 10 feet from toilet facilities and 5 feet from infested trash cans on the units. Defendants are fully aware that the space on the units are grotesque that it has in the past created air born descase where another inmate contracted an fatle and serious desease called STAPHOCC Pnvemonia and had to be revive from death in 2013. The defendests willfully has placed undo overload and stress on the DEC medical staff, where inmates outnumber correctional staff in a whole 8 to 1. in the event of a major disturbance staff could not gain controle of the units or its compound. The defendents undo presure on the medical team causes whats called "passing the buck". Inmates and plaintiffs alike has been made to waight up to 3 weeks before seen by medical staff for health and mental illness, wich has leed to inmates being released without mental evaluations and treatment. "DEC" was designed to housed 175 inmates, in 1983 that number doubled to approx 350 inmates and to date over 530 inmates in small quarters.

Defendent Fred Britten is the Warden at DEC and Scott Frakes is the department of Corrections penal system overseer and both

-C-

both have ignored grievance complaints by plaintiffs, inmates and correctional staff alike. The DEC units are infested with verious insects and some rodents. 85 inmates are made to used the units 2 toilet facilities, usually leeding to breakdowns of those facilities. Insects fills the plaintiff lockes and food belongings. The Defendents here in has ignored the fact that the plaintiffs exits are blocked by inmates clothings on the floor in a pile blocking the fire escapes. Clean and dirty clothing. The defendants are ignoring the noise and violence level at DEC among inmates and staffs alike. The Defendents have also indulged in a type of comperise, where knewly incoming inmates are not given jail credit for time served, purposly overcrouding the system for the soult purpose of creating money and undo stress. Such as inmate Anthony Hancock #82211 whom was given 288 days jail credit by a distric judge whom sentenced him on 5-11-15, but once he arrived at DEC was only given 7 months jail credit. The defendents are purposely creating an overcrouding conditions, by holding vass majority inmates over 6 months to 13 months before being sent to other prisons. by also holding inmates whom has 2 to 6 months to complete their sentences for the soult purpose of money, and to violant situations.

    The defendents are also aware that keeping the units sanitise is up to inmates who are self appointed, or correctional officials who are also self appointed. Defendents have willfully violated the plaintiffs 8, 14th Amended rights.

-D-

Defendants

1.# Defendent Fred Britten is the active warden at DEC and he oversees the safty and sanitation as well as crowd controle at DEC. He is being sued in his official and individual capcity.

2.# Defendent Scot Frakes is the head director of Nebraska Department of Corrections, and is being sued in his official and individual capcity.

Venue

Venue is proper in this case as all violations herein took place in Lincoln Nebraska Lancaster County. DEC

All defendents acted under color of law.

Plaintiffs

1. Matthew Miller 82000
2. Cory Mahley 82182
3. Ernest Lawrence #73549
4. Scott Karnahrens #82088
5. Justin James Seffron # 82230
6. Chris McWilliams # 78331
7. DeAnthony McGuire # 82009
8.

All all currently housed at the DEC unit 4
P.O. Box 22800 Lincoln Nc. 68542-2800

-E-

Damages Requested.

1# Order an Perliminary Injuctive Order Declaring that the defendents are in direct violations of plaintiffs constitutional rights to be free from crule and unusual punishment by diliberatly overcrowding the DEC, by not rendering jail credits to inmates thats promised to them by the courts.

2# Order an Perliminary Injuctive Order Declaring that the defendents knownly and purposly forced overcrowdings on the units at DEC subjecting the plaintiff and simular situated inmates to sleep on the complex floors perventing emergencies evacuetions and insect infected.

3# Order an Perliminary Injuctive Order Delaring that the defendents are in direct violations feeding plaintiffs and situated inmates and correctional officials to eat 10 feet from toilet facilities and 5 feet from unit garbage cans.

4# Order an Perliminary Injuctive Order Declaring that the defendents willfully violates state and Federal law by packing inmates cloths in front of the fire exits blocking its doorway.

5# Order an Perliminary Injuctive Order Declaring that the defendents willfully have created an overflow of inmates that has resulted in the denial of mental treatment to inmates.

6# Order a Perliminary Injuctive Order Delcaring that the plaintiffs and situated inmates is in danger of a disaster

sleeping on the unit floor covering the entire floor were inmates can not walk around.

7.# Order an Perliminary Injuctive Order declaring the defendents in violation of inmates with disabilities to sleep on the unit floors as of date 25 plus inmates sleeps on the unit floors.

8.# Order oppointment of council to represent plaintiffs in this class action.

9.# Award Plaintiffs damages "Punitive"

10.# Award Manatory Damages.

11.# Award Compensation Damages.

12.# Order that the defendants are seriously incompetent to oversee the DEC

Plaintiffs prays this court grants any other relief it feels appropriate.

Signed this 30 day of May 2015

Inmate            Matthew Mills #82000

Notice: this correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name: Kenneth Edward Noell
Inmate # 82245
P. O. Box 22800
Lincoln, NE 68542-2800

OMAHA NE 680
02 JUN 2015 PM 3 L



#82245

RECEIVED
JUN 04 2015
CLERK
U.S. DISTRICT COURT
LINCOLN

Fed Mail

Robert V. Denney
Federal Building and Courthouse
100 Centennial Mall N. Lincoln Ne 68508

68508385999